JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jon Carpenter,<br><br>    Plaintiff,<br><br>  v.<br><br>Fely B. Cruz Enterprises, L.P., a California Limited Partnership; Fely B. Cruz; Bernard Theodore Cruz; and Does 1-10,<br><br>    Defendants. | Case:2:14-CV-00926-MWF-MRW<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 31, 2014   _____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT JUDGE

1